1  LARRY L. BAUMBACH (State Bar No. 50086)
   LAW OFFICES OF LARRY L. BAUMBACH
2  2531 Forest Avenue, Suite 100
   Chico, CA 95928
3  Telephone: 530-891-6222
   Fax: 530-852-3969
4  Email: llblaw@sandpipernet.com

5  Attorney for Plaintiff
   LYNNE LOESCHER

6

7  **RIVERA HEWITT PAUL LLP**

8  11341 Gold Express Drive, Suite 160
   Gold River, California 95670

9  Tel: 916-922-1200 Fax: 916 922-1303

10 Shanan L. Hewitt, SBN 200168
   SHewitt@rhplawyers.com
11

12 Attorneys for Defendants
   COUNTY OF PLUMAS and SHERIFF GREG
13 HAGWOOD

14

15                    **IN THE UNITED STATES DISTRICT COURT**

16                 **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| 18  LYNNE LOESCHER, | CASE NO: 2:19-CV-1984-KJM-KJN |
| 19          Plaintiff, | **STIPULATION and ORDER FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT** |
| 20  vs. | |
| 21  COUNTY OF PLUMAS, PLUMAS COUNTY SHERIFF GREG HAGWOOD, CALIFORNIA HIGHWAY PATROL OFFICER SARGENT KELLY SERIAL NUMBER 52, and DOES 1 through 50, inclusive, | [E.D. Cal. L.R. 144(a)] |
| 26          Defendants. | |

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

STIPULATION AND ORDER FOR AN EOT TO
FILE RESPONSIVE PLEADING                    1
Case No. 2:18-cv-01020 MCE EFB

1  Plaintiff, by and through her counsel Larry L. Baumbach, Esq. of the Law Offices of
2 Larry L. Baumbach and Defendants County of Plumas and Sheriff Greg Hagwood, by and
3 through their counsel Shanan L. Hewitt, Esq. of the Law Offices of Rivera Hewitt Paul LLP,
4 hereby stipulate pursuant to Local Rule of Court 144(a) to an extension of time in order to permit
5 Defendants County of Plumas and Sheriffs Greg Hagwood to file a responsive pleading to
6 Plaintiff's Second Amended Complaint (Doc. 35) filed on October 30, 2020. The parties stipulate
7 and have agreed to extend the responsive pleading deadline as follows:

(1) The undersigned defense counsel is currently working on additional matters which have upcoming litigation deadlines including, but not limited to, an extensive motion for summary judgment and a request to seal documents in *Pervez v. Bacerra, et al.*, Case No: 2:18-cv-02793-KJM-KJN which is due by November 13, 2020, in addition to several depositions in other cases during the week of November 2, 2020.

(2) In order to thoroughly review the Second Amended Complaint, research and evaluate whether a motion to dismiss is warranted and allow sufficient time for the parties to meet and confer prior to the filing of such a motion, Defendants County of Plumas and Sheriff Hagwood respectfully request an extension of time to file a responsive pleading. Plaintiff's counsel has kindly agreed to stipulate to this request.

(3) The parties have agreed and hereby stipulate to extend the time for Defendants County of Plumas and Sheriff Greg Hagwood to respond to the Second Amended Complaint (Doc. 35) from the original deadline of November 13, 2020 up to and including November 25, 2020.

IT IS SO STIPULATED.

Dated: November 6, 2020         RIVERA HEWITT PAUL LLP

　　　　　　　　　　　　　　　　 */s/ Shanan L. Hewitt*_____
                                SHANAN L. HEWITT
                                Attorneys for Defendants
                                COUNTY OF PLUMAS and
                                SHERIFF GREG HAGWOOD

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

STIPULATION AND ORDER FOR AN EOT TO
FILE RESPONSIVE PLEADING
Case No. 2:18-cv-01020 MCE EFB

2

1 | Dated: November 10, 2020  LAW OFFICES OF LARRY L. BAUMBACH

  */s/ Larry L. Baumbach*
  LARRY L. BAUMBACH
  Attorney for Plaintiff
  LYNNE LOESCHER

### **ORDER**

GOOD CAUSE having been shown, the foregoing stipulated request for an extension of time for Defendants COUNTY OF PLUMAS and SHERIFF GREG HAGWOOD to file a responsive pleading to Plaintiff's Second Amended Complaint (Doc. 35) is HEREBY GRANTED. Defendants shall file and serve their responsive pleading to Plaintiff's Second Amended Complaint no later than November 25, 2020.

IT IS SO ORDERED.

Dated: November 13, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

STIPULATION AND ORDER FOR AN EOT TO
FILE RESPONSIVE PLEADING
Case No. 2:18-cv-01020 MCE EFB

3