UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lynne Loescher, | No. 2:19-CV-1984-KJM-KJN |
| Plaintiff, | ORDER |
| v. | |
| County of Plumas, et al., | |
| Defendants. | |

The court dismissed plaintiff Lynne Loescher's claims against the County of Plumas, but gave her leave to amend the claims within 21 days. ECF No. 47. Four months later, the plaintiff has not filed any amended complaint. The court orders the plaintiff to show cause why the County should not be terminated from this action. The plaintiff shall file a response within fourteen days.

IT IS SO ORDERED.

DATED: May 16, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1