UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lynne Loescher, | No. 2:19-cv-01984-KJM-KJN |
| Plaintiff, | ORDER |
| v. | |
| County of Plumas, et al., | |
| Defendants. | |

The court previously dismissed plaintiff Lynne Loescher's claims against the County of Plumas and gave her leave to amend those claims within 21 days. *See* Prior Order (Jan. 14, 2022), ECF No. 47. Four months later, plaintiff had not filed any amended complaint, so the court ordered her to show cause why the County should not be terminated from this action. Prior Order at 1 (May 16, 2022), ECF No. 48. The court ordered her to respond within fourteen days. *Id.* Plaintiff never responded. As a result, the court **terminates the County of Plumas** from this action.

**A Final Pretrial Conference is set for May 19, 2023, at 10:00 a.m.** The parties should be prepared to confirm a trial date within 60 to 120 days from the date of the Final Pretrial Conference and should be available for trial accordingly. The parties shall **meet and confer and file a joint Pretrial Statement no less than three weeks prior to the Final Pretrial Conference**.

1

The provisions of Local Rule 281 shall apply with respect to the matters included in the Joint Pretrial Statement.  At least one of the attorneys who will conduct the trial for each of the parties shall attend the Final Pretrial Conference.  All motions in limine must be filed in conjunction with the joint pretrial statement.  In most cases, motions in limine are addressed and resolved on the morning of the first day of trial.  The parties may alert the court at the Final Pretrial Conference and in their final Joint Pretrial Statement that a particular motion or motions should be resolved earlier.  At the Final Pretrial Conference, the court will set a briefing and hearing schedule on the motions in limine as necessary.  The parties are reminded that a motion in limine is a pretrial procedural device designed to address the admissibility of evidence.  The court looks with disfavor upon dispositional motions presented at the Final Pretrial Conference or at Trial in the guise of motions in limine.

IT IS SO ORDERED.

DATED: March 13, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE