LARRY L. BAUMBACH (State Bar No. 50086)
LAW OFFICES OF LARRY L. BAUMBACH
2531 Forest Avenue, Suite 100
Chico, CA 95928
Telephone: 530-891-6222
Fax: 530-852-3969
Email: llblaw@sandpipernet.com

Attorney for Plaintiff
LYNNE LOESCHER

ROB BONTA, State Bar No. 202668
Attorney General of California
CATHERINE WOODBRIDGE, State Bar No. 186186
Supervising Deputy Attorney General
JAMES W. WALTER, State Bar No. 173481
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7542
 Fax: (916) 322-8288
 E-mail: James.Walter@doj.ca.gov
*Attorneys for Defendant*
*Macloud Luntey*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNE LOESCHER,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF PLUMAS, PLUMAS COUNTY SHERIFF GREG HAGWOOD, CALIFORNIA HIGHWAY PATROL OFFICER MACLOUD LUNTEY SERIAL NUMBER 21571, and DOES 1through 50, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 2:19-cv-01984 DJC CSK<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(DOC 59)<br><br>Date: July 11, 2024<br>Time: 1:30 pm<br>Courtroom: 10<br>Judge: Honorable Daniel J. Calabretta<br><br>Trial Date: TBA<br>Action Filed: September 30, 2019 |

-1-

STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by and between the parties, Plaintiff, LYNNE LOESCHER and Defendants and CHP OFFICER M. LUNTEY (collectively, the Parties), by and through their respective attorneys of record as follows:

1. **WHEREAS**, on May 1, 2024, Defendant filed a Request for Modification of Scheduling Order (Document 57) to extend the deadline for filing the Motion for Summary Judgment, which was granted by the Court on May 2, 2024 (Document 58

2. **WHEREAS**, on May 7, 2024, Defendant filed a Motion for Summary Judgment set for hearing on July 11, 2024 (Doc 59);

3. **WHEREAS**, Plaintiff's opposition to the Motion for Summary Judgment is currently due on June 17, 2024;

4. **WHEREAS**, Plaintiff's counsel had hearings on June 11, 2024, and June 12, 2024, in the Eastern District of California, which have precluded the completion of the opposition to the Motion for Summary Judgment;

5. **WHEREAS**, Plaintiff's counsel has a hearing on June 17, 2024, in the Eastern District of California, which has further precluded the completion of the opposition to the Motion for Summary Judgment;

6. **WHEREAS**, Plaintiff's counsel has conferred with Defendant's counsel on June 11, 2024, who has graciously agreed to a three-week extension for filing the opposition;

7. **WHEREAS**, this is Plaintiff's first request for an extension of time for this deadline;

**NOW, THEREFORE**, the parties, through their respective counsel, stipulate and agree, and respectfully request the Court to order, the following:

1. Plaintiff's deadline to file the opposition to Defendant's Motion for Summary Judgment shall be extended by three weeks, from June 17, 2024, to July 8, 2024.

2. The hearing on Defendant's Motion for Summary Judgment, currently set for July 11, 2024, shall be continued to August 3, 2024, or a date thereafter convenient for the Court.

3. All subsequent deadlines shall be extended accordingly.

Respectfully submitted,

Dated: June 13, 2024                    LAW OFFICES OF LARRY L. BAUMBACH


                                        By: /s/ LARRY L. BAUMBACH
                                            LARRY L. BAUMBACH
                                            Attorney for Plaintiff LYNNE LOESCHER


Dated: June 13, 2024                    OFFICE OF THE ATTORNEY GENERAL


                                        By: /s/ JAMES W. WALTER
                                            JAMES W. WALTER
                                            Attorneys for Defendant
                                            CHP OFFICER M. LUNTEY

STIPULATION AND ORDER FOR EXTENSION OF TIME

**ORDER**

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby issues an Order to:

1. Extend Plaintiff's deadline to file the opposition to Defendant's Motion for Summary Judgment from June 17, 2024, to July 8, 2024.; and,

2. Continue the hearing on Defendant's Motion for Summary Judgment from July 11, 2024, at 10:00 a.m. to August 22, 2024, at 1:30 p.m.

3. Extend all subsequent deadlines in accordance with the new hearing date.

IT IS SO ORDERED.

Dated:  June 14, 2024            /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE