1  ROB BONTA
   Attorney General of California
2  CATHERINE WOODBRIDGE
   Supervising Deputy Attorney General
3  AMIE BEARS
   Deputy Attorney General
4  State Bar No. 242372
    1300 I Street, Suite 125
5   Sacramento, CA 95814
    Telephone: (916) 210-7663
6   Fax: (916) 322-8288
    E-mail: Amie.Bears@doj.ca.gov
7  *Attorneys for Defendant*
   *California Highway Patrol Officer Luntey*
8
                SUPERIOR COURT OF THE STATE OF CALIFORNIA
9
                       EASTERN DISTRICT OF CALIFORNIA
10
                             SACRAMENTO DIVISION
11

| | |
|---|---|
| **LYNNE LOESCHER,** | Case No. 2:19-cv-01984 DJC CSK |
| Plaintiff, | **DISMISSAL AND ORDER** |
| v. | |
| **COUNTY OF PLUMAS, PLUMAS COUNTY SHERIFF GREG HAGWOOD, CALIFORNIA HIGHWAY PATROL OFFICER SARGENT KELLY SERIAL NUMBER 52, AND DOES 1 through 50, inclusive,** | |
| Defendant. | |

1

IT IS HEREBY STIPULATED by and among the parties to this action, through their attorneys of record, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(I)(ii), with the parties bearing their own costs and attorneys' fees.

| | |
|---|---|
| Dated: September 18, 2025 | LAW OFFICES OF LARRY L. BAUMBACH |
| | */s/ Larry L. Baumbach*<br>LARRY L. BAUMBACH<br>*Counsel for Plaintiff, Lynee Loescher* |
| Dated: September 18, 2025 | ROB BONTA<br>Attorney General of California<br>CATHERINE WOODBRIDGE<br>Supervising Deputy Attorney General |
| | */s/ Amie Bears*<br>AMIE BEARS<br>Deputy Attorney General<br>*Attorneys for Defendant*<br>*California Highway Patrol Officer Luntey* |

IT IS SO ORDERED.

Dated: September 18, 2025    /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE